

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2019

No. 04-18-00129-CV

Stanton P. **BELL**, et al., Appellants/Cross-Appellees,
Appellants

v.

**CHESAPEAKE EXPLORATION, LLC**, Appellee/Cross-Appellant,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

The panel has considered the appellees' motion for panel rehearing and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court